# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-1238** **September Term, 2016**

**NLRB-31CA126475**

**Filed On:** March 30, 2017

Grill Concepts Services, Inc., d/b/a The Daily Grill,

Petitioner

v.

National Labor Relations Board,

Respondent

------------------------------

Unite Here Local 11,
Intervenor

------------------------------

Consolidated with 16-1287

**ORDER**

Upon consideration of petitioner's unopposed motion to sever and hold in abeyance an issue currently pending before the Supreme Court, it is

**ORDERED** that the motion be granted. The issue concerning the enforceability of a class-action waiver in an employment arbitration agreement (designated Issue 2 in petitioner's opening brief, and Issue 1 in respondent's brief) is hereby severed, assigned docket No. 17-1100 and held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in No. 17-1100 within 30 days of the Supreme Court's disposition of Epic Systems Corp. v. Lewis, No. 16-285 (cert. granted, Jan. 13, 2017); Ernst & Young, LLP v. Morris, No. 16-300 (cert. granted, Jan. 13, 2017); and NLRB v. Murphy Oil USA, Inc., No. 16-307 (cert. granted, Jan. 13, 2017). It is

**FURTHER ORDERED** that, in light of the severance of the class-action waiver issue, and to avoid confusion, the parties are directed to remove from their final briefs in Nos. 16-1238, et al., any discussion of the severed issue. It is

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 16-1238** **September Term, 2016**

**FURTHER ORDERED** that the following revised schedule will apply for the remainder of the briefing in Nos. 16-1238, et al.:

| | |
|---|---|
| Petitioner's Reply Brief | April 20, 2017 |
| Deferred Appendix | April 27, 2017 |
| Final Briefs | May 18, 2017 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Laura Chipley
Deputy Clerk